O'CONNOR ET AL., APPELLEES, *v.* CLEVELAND CLINIC FOUNDATION, APPELLANT.

[Cite as *O'Connor v. Cleveland Clinic Found.,*
109 Ohio St.3d 1227, 2006-Ohio-2993.]

(No. 2005–1228—Submitted May 10, 2006—Decided June 28, 2006.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently accepted.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

1228

Paul W. Flowers Co., L.P.A., and Paul W. Flowers;  and Becker & Mishkind Co., L.P.A., and Michael F. Becker, for appellees.

Tucker Ellis & West, L.L.P., and Irene C. Keyse–Walker;  and Roetzel & Andress, Anna Moore Carulas, Ingrid Kinkopf–Zajac, and Douglas G. Leak, for appellant.